**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**OFFICE: TRENTON**                                          **FEBRUARY 2, 2026**
**MAGISTRATE JUDGE: DAY**                                    DATE OF PROCEEDINGS
**COURT REPORTER: DIGITALLY RECORDED**


**TITLE OF CASE:**                          **DOCKET # 3:25-CR-00816-GC-1**
UNITED STATES OF AMERICA,
        V.
MUHAMMAD SHAKEEL
        DEFENDANT PRESENT


**APPEARANCES:**
Mark McCarren, AUSA for Government,
Rizwan Khalid, Esq. for defendant
Edna Galarza, Pretrial Officer
Ashutosh Mishra, Urdu Interpreter


**NATURE OF PROCEEDING:** INITIAL APPEARANCE & ARRAIGNMENT
Rizwan Khalid, Esq. entered appearance for the defendant.
Ordered Urdu Interpreter Ashutosh Mishra sworn; interpreter sworn.
Defendant advised of charges and penalties.
Defendant waived a formal reading of the Indictment.
Defendant entered a plea of NOT GUILTY to Counts 1, 2, and 3 of the Indictment.
All parties consent to release.
Ordered defendant released on $100,00 appearance bond.
Order Setting Conditions of Release entered.
Brady Order entered.
Parties directed to submit a proposed pretrial schedule to District Judge Georgette Castner
within 14 days.


TIME COMMENCED: 2:38 p.m.                        s/ Christopher Yoos
TIME ADJOURNED: 2:49 p.m.                        Deputy Clerk
TOTAL TIME: 11 MINUTES