## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MUHAMMAD SHAKEEL

Crim. No. 25-816

REVISED SCHEDULING ORDER

This matter having previously come before the Court for arraignment; and the United States being represented by Assistant United States Attorney Mark J. McCarren, appearing; and the Defendant being represented by Rizwan Khalid, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph three of this Court's Standing Order for Criminal Trial Scheduling and Discovery (the "Standing Order"); and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 26th May, 2026, ORDERED that:

1.      The Government was previously ordered to provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis, with production of all discovery on or before March 20, 2026.

2.      The Government was previously ordered to provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before March 20, 2026. Exculpatory evidence that becomes known to

the Government after that date shall be disclosed expeditiously after becoming known to the Government.

3.      The defendant was previously ordered to provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before April 3, 2026.

4.      The Defendant was previously ordered to provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before April 3, 2026.

5.      The following shall be the schedule for pretrial motions in this matter:

    a.      Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before June 26, 2026.

    b.      Responses to the pretrial motions shall be filed on or before July 10, 2026.

    c.      Replies shall be filed on or before July 24, 2026.

    d.      Oral argument on pretrial motions shall be held on a date to be set by the Court.

6.      Pursuant to paragraph 17 of the Standing Order, the Court will, in consultation with the parties, schedule a final pretrial conference following the disposition of pretrial motions. In advance of said conference, the parties shall advise the Court whether the case should be set for trial. If the parties so advise, the Court will set a schedule for trial, which pursuant to paragraph 21 of the Standing Order shall be no earlier than 45 days following the final pretrial conference unless the

2

parties agree that a shorter period of time is reasonable in the circumstances of the case.

_____
HON. GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE

3