**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette Castner |
| | : | |
| v. | : | Crim. No. 25-816 |
| | : | |
| MUHAMMAD SHAKEEL | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of the United States of America (by Mark J. McCarren, Assistant United States Attorney), and defendant Muhammad Shakeel (by Rizwan Khalid, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 27, 2026 to permit defense counsel the reasonable time necessary for effective preparation in this matter to include the review of various immigration documents which have been recently produced in discovery and to allow the parties to pursue a potential resolution of this matter without the need for trial; and the defendant being aware that he has the right to have the matter brought to trial within 70 days from the filing date and making public of the indictment pursuant to Title 18, United States Code, Section 3161(c)(1); and three prior continuances having been previously entered in this matter; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The Government has provided the defendant with full discovery in accordance with the scheduling order to be issued by this Court. Pursuant to Title 18, United States Code, Section 3161(h)(1)(G), the parties seek additional time to consider the potential resolution of this matter without the need for trial after defendant has had an opportunity to review the discovery in this matter.

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this __26th__ day of June, 2026;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including July 27, 2026; and it is further

ORDERED that the period from the date this Order is signed through and including

July 27, 2026 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE GEORGETTE CASTNER
United States District Judge

Form and entry consented to:

s/Mark J. McCarren
Mark J. McCarren
Assistant U.S. Attorney

s/Rizwan M. Khalid
Rizwan Khalid, Esq. Counsel
for Defendant