**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUHAMMAD SHAKEEL | Crim. No. 25-816<br><br><u>MOTION TO SUBSTITUTE COUNSEL AND APPOINT A NEW COUNSEL</u> |

The Defendant, Muhammad Shakeel through the undersigned counsel, hereby respectfully submits this motion to substitute counsel and appoint a new counsel before the Honorable Court:

1. The Defendant is currently represented by Rizwan M. Khalid. Esq.
2. Due to a significant change in Defendant's financial circumstances, Defendant is no longer able to afford to continue paying retained counsel.
3. The Defendant is financially unable to retain substitute counsel and requests for a public defender counsel.
4. Defendant is willing to complete any financial affidavit or other documentation the Court requires to establish eligibility.

WHEREFORE, Defendant respectfully requests that the court grant this motion, relieve current counsel, appoint new counsel, and grant such other relief as the Court deems just and proper.

Respectfully submitted by the
Attorney for Defendant
Rizwan M. Khalid. Esq

Motion is hereby granted.

HON. GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE
Dated: August 6, 2026